

**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

July 27, 2015

RE:   Case No. 05-15-00196-CR

Style:  The State of Texas
    v.   Rosendo M. Castillo

The Court today granted appellee's motion for extension of time to file the brief in the above referenced cause. Appellee's brief is due to be filed with this Court on or before August 25, 2015.

Trial Court Case No. 2-11-78                                      Lisa Matz, Clerk

JOHN F. GUSSIO III
LAW OFFICE OF JOHN F. GUSSIO III
1012 RIDGE RD
ROCKWALL, TX 75087-4200
* DELIVERED VIA E-MAIL *



**Fifth Court of Appeals**
600 Commerce Street, Suite 200
Dallas, Texas 75202

July 27, 2015

RE:   Case No. 05-15-00196-CR

Style:  The State of Texas
    v.   Rosendo M. Castillo

The Court today granted appellee's motion for extension of time to file the brief in the above referenced cause. Appellee's brief is due to be filed with this Court on or before August 25, 2015.

Trial Court Case No. 2-11-78                                      Lisa Matz, Clerk

JEFFREY WILLIAM SHELL
ROCKWALL COUNTY DISTRICT ATTORNEY'S OFFICE
1111 EAST YELLOWJACKET LANE, SUITE 201
ROCKWALL, TX 75087
* DELIVERED VIA E-MAIL *